IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-cr-00022-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| MELODY NOBLES, | |
| Defendant. | |

On August 22, 2023, Defendant filed an ex parte motion requesting the court to issue a subpoena duces tecum requiring the New Hanover County Department of Social Services ("DSS") to produce all documents, communications, and records in its custody and control relating to the minor victim referenced in Count One of the Indictment ("M.M."). *See* DE 58.

Defendant has not demonstrated good cause for her ex parte request. The court ORDERS Defendant's counsel to immediately serve the motion on counsel for the United States. Defendant's ex parte motion for issuance of a subpoena duces tecum [DE 58] is DENIED without prejudice. The clerk shall serve this order on Defendant's counsel and counsel for the United States.

SO ORDERED this 28th day of August, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE