# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Melody Faye Nobles**                    **Docket No. 7:23-CR-22-2M**

### Petition for Action on Supervised Release

COMES NOW Shawn M. Lyon, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Melody Faye Nobles, who, after earlier entering a plea of guilty to Use of the Internet to Promote an Unlawful Business Enterprise, Namely Prostitution (ITAR), and Aiding and Abetting, in violation of 18 U.S.C. §§ 1952(a)(1), 1952(a)(3), and 2, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on December 12, 2023, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Melody Faye Nobles was released from custody on September 16, 2025, at which time the term of supervised release commenced.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

At this time, the defendant is currently placed in temporary emergency housing as she has become homeless due to a collapse in her social support network. In order to provide the defendant with the best possible chance for success, it is respectfully recommended that the defendant be allowed to undergo placement in a residential reentry center for a period of up to 180 days. It is also recommended that the probation officer be authorized to approve Nobles' release from the residential reentry center prior to 180 days should the defendant secure a residence approved for release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The probation officer is authorized to approve Nobles' release plan from the residential reentry center prior to 180 days should the defendant secure a residence approved for release.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.


/s/ C. Lee Meeks, Jr.                      /s/ Shawn M. Lyon
C. Lee Meeks, Jr.                          Shawn M. Lyon
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           200 Williamsburg Pkwy, Unit 2
                                           Jacksonville, NC 28546-6762
                                           Phone: 910-467-5110
                                           Executed On: January 7, 2026

Melody Faye Nobles
Docket No. 7:23-CR-22-2M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___8th___ day of ___January___, 2026, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_
Richard E. Myers II
Chief United States District Judge